

**MICHAEL A. CARDOZO**
*Corporation Counsel*

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**MEMO ENDORSED**

Faye Lubinof
Phone: (212) 788-1528
Fax: (212) 676-2597
E-mail: flubinof@law.nyc.gov

September 4, 2007

**VIA FACSIMILE**

The Honorable Judge Frank Maas
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    Bush v. Horn, et al. 07 Civ. 3231 (PAC)(FM)

Dear Honorable Sir:

    We represent the City of New York in the above-referenced case. Your Honor ordered a Rule 16(a) conference in this matter, which specified that the telephone initial case management conference would be held on September 12, 2007. I am writing to respectfully request that the conference be re-scheduled to October 11, 2007 at 2:00pm, because the pro se plaintiff/prisoner has limited access to communication facilities.

*So ordered.*
*[signature]*

    I have conferred with counsel for co-defendant and the plaintiff's parole officer regarding the plaintiff's limited telephone access. As a result, all parties would be unable to complete the proposed Scheduling Order by the specified date. Furthermore, plaintiff's access to the telephone for the purposes of this litigation is usually limited to two days a week. The defendants in this action and plaintiff's parole officer have agreed to the alternate date for initial case management conference on October 11, 2007.

*USMJ*
*9/4/07*

    I appreciate your attention to this request. I would be glad to provide any additional information regarding the plaintiff's scheduling situation, and can be reached at (212) 788-1528.

Respectfully Submitted,



Faye Lubinof
Assistant Corporation Counsel

cc:

Darrell Bush
#05-R-2477
Willard Drug Treatment Campus
7116 County Road 132
P.O. Box 303
Willard, New York 14588
Via Certified Mail

Karen Drotzier, Esq.
Armienti, DeBellis & Whiten
44 Wall Street
New York, New York 10005
Via Facsimile: (212) 809-4410