

THE CITY OF NEW YORK

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/22/07

MICHAEL A. CARDOZO
*Corporation Counsel*

TONI GANTZ
phone: (212) 788-0908
fax: (212) 788-0940
email: tgantz@law.nyc.gov

October 22, 2007

**BY FACSIMILE**

Hon. Frank Maas
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 740
New York, New York 10007

Re: Bush v. Horn, 07 Civ. 3231 (RJS) (FM)

Dear Judge Maas:

*Defendant Augustus
may answer by 10/31/07.
FMaas, USMJ,
10/22/07*

I am the Assistant Corporation Counsel assigned to represent Department of Correction Commissioner Martin F. Horn and Assistant Deputy Warden Clayton N. Augustus, the New York City defendants in the above-referenced matter.

I write to request permission to serve a late answer on behalf of defendant Augustus. The original date to respond was June 20, 2007. I respectfully ask that the Court excuse the lateness of this request, as I only recently received defendant Augustus's request for representation, and because plaintiff will not be prejudiced. This is the first such request defendant Augustus has made. Although I have been unable to contact plaintiff, who is incarcerated and proceeding *pro se*, regarding this request, he had previously consented to defendant Horn's service of an amended answer on or before October 31, 2007 (a stipulation to that effect has been submitted for Your Honor's review and endorsement). I respectfully request leave to serve and file an answer on behalf of defendant Augustus on the same date. The additional time is necessary to allow me to confer with him regarding plaintiff's allegations, to research the applicable law, and to prepare an appropriate response.

Thank you for your consideration of this request.

Respectfully submitted,

Toni Gantz
Assistant Corporation Counsel

cc:    Darrell Bush (by mail)