March 13, 2008

Hon. Richard J. Sullivan
United States District Judge
U. S. CourtHouse
500 Pearl Street, Rm 615
New York, N.Y. 10007

Mr. Darrell Bush
349-08-01965                    07 CIV 3231
Manhattan Dent. Complex
125 White Street
New York, N.Y.  10013

MEMO ENDORSED

RECEIVED
SDNY PRO SE OFFICE
2008 MAR 19 P 4:55

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/1/08

Dear Judge Sullivan,

   I am writting to you at this time to explain a circumstance that might have you puzzled at this point with my claim.  Not having steady housing has taken its toll in finding a lawyer to represent me and answer to the court's motions proceedings.  I humbly ask a extension of more time because I did not file my opposition papers that was due January 30th.  Being that I can not represent myself in your court, can your chambers help me with my dilemma?

   I have contacted Ms. Bloom at the Pro Se Office and I am writting to other offices as I wait for a response from her in reguards to legal assistance.

   Please allow my claim to stay on the calendar within your and thank you for reading my request during your busy day.

Mr. Crichlow's time to respond was extended to May 7, 2008, and Mr. Bush is granted the same extension. There will, however, be no further extensions. To the extent this letter constitutes a motion for the appointment of counsel it is denied without prejudice.
— JMaas, USMJ, 4/28/08

Respectfully submitted,
Darrell Bush

RECEIVED
APR 02 2008
U.S. MAG...