**MEMO ENDORSED**

May 22, 2008.

Hon. Richard J. Sullivan
U.S. District Judge
500 Pearl Street, Rm 615
New York, N.Y. 10007.

Darrell Bush, #349-08-01965
MDC, 125 White St.
New York, N.Y. 10013.

07 CIV 3231

Good morning Judge Sullivan,

Today I am trying to make all acknowledgements towards moving this claim forward in order. Not fully understanding the Rules and being misled by a legal coordinator within my facility, I submitted a amended complaint not being aware that I had to ask your permission first. So today I am asking for your permission to submit. Yes I did send one to your chambers earlier this month.

Thank you for allowing my claim to continue to move forward in your courtroom with a trial date to be named.

Respectfully submitted,
Darrell Bush

---

[Margin endorsement, sideways:]

This case was referred to me for general pretrial purposes. Accordingly, Judge Sullivan sent his letter to me. Neither Judge Sullivan, nor the Pro Se Office, nor my Chambers has received an amended complaint. If Mr. Bush wishes to file an amended complaint, he should submit to the Pro Se Office (and serve) a motion seeking leave to amend, along with a copy of his proposed amended complaint.

[signed] [illegible]
USMJ 6/13/08

[Stamps:]
RECEIVED
SDNY PRO SE OFFICE

2008 MAY 30 PM 4:23

RECEIVED
JUN 1[?] 2008
[illegible]
U.S. MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/16/08