```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DARRELL BUSH,

           Plaintiff,

-v-

COMMISSIONER MARTIN F. HORN, *et al.*,

           Defendants.

No. 07 Civ. 3231 (RJS) (FM)
ORDER

---

DARRELL BREWSTER,

           Plaintiff,

-v-

MR. MARTIN F. HORN, COMMISSIONER, NYC DEPT. OF CORRECTIONS, *et al.*,

           Defendants.

No. 07 Civ. 3762 (RJS) (FM)

---

KEVIN DAMION CRICHLOW,

           Plaintiff,

-v-

MR. MARTIN F. HORN, COMMISSIONER, NYC DEPT. OF CORRECTIONS, *et al.*,

           Defendants.

No. 07 Civ. 7685 (RJS) (FM)

RICHARD J. SULLIVAN, District Judge:

By Order dated February 11, 2009, the Court granted Plaintiffs leave to file amended complaints. Plaintiff Brewster has not filed an amended pleading, but the Court is in receipt of Plaintiff Crichlow's purported Amended Complaint, dated March 9, 2009.

It does not appear that Plaintiff Crichlow's Amended Complaint was properly filed, nor does it appear that the Amended Complaint was ever served on Defendants. The Court also notes in passing that Plaintiff Crichlow's Amended Complaint purports to add numerous additional claims and defendants that appear unrelated to the claims in the initial pleadings in this matter.

Accordingly, IT IS HEREBY ORDERED that the following schedule is adopted:

> Plaintiff Crichlow shall have until April 17, 2009, to *properly* file and serve his Amended Complaint. Plaintiff Crichlow is advised that mailing a copy of his pleading directly to the Court does not constitute proper filing or service.
>
> Defendants shall answer or file their renewed Rule 12 motions by May 15, 2009.
>
> Plaintiffs shall *each* file and serve their respective opposition papers, if necessary, by June 12, 2009.
>
> Defendants shall file and serve their reply papers, if any, by June 26, 2009.

SO ORDERED.

Dated:   March 23, 2009
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

2