UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DARRELL BUSH,

                Plaintiff,

-v-

COMMISSIONER MARTIN F. HORN, *et al.*,

                Defendants.

No. 07 Civ. 3231 (RJS) (FM)
ORDER

DARRELL BREWSTER,

                Plaintiff,

-v-

MR. MARTIN F. HORN, COMMISSIONER, NYC DEPT. OF CORRECTIONS, *et al.*,

                Defendants.

No. 07 Civ. 3762 (RJS) (FM)

KEVIN DAMION CRICHLOW,

                Plaintiff,

-v-

MR. MARTIN F. HORN, COMMISSIONER, NYC DEPT. OF CORRECTIONS, *et al.*,

                Defendants.

No. 07 Civ. 7685 (RJS) (FM)

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of Plaintiff Bush's letter dated May 27, 2009, and received by the Court on June 5, 2009. Plaintiff requests an update on the status of the above-captioned actions. Plaintiff Bush is advised that, in accordance with this Court's Order dated March 23, 2009 and

attached here, Defendants filed their motions to dismiss on May 15, 2009, and Plaintiffs' oppositions are due June 12, 2009. To the extent Plaintiff Bush wishes to change his address, he is directed to submit his new address to the Court's Pro Se Office. Plaintiff Bush is further advised that all communications to the Court should copy Defendants and should be sent to the Court's Pro Se Office.

SO ORDERED.

Dated:     June 5, 2009
           New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

attached here, Defendants filed their motions to dismiss on May 15, 2009, and Plaintiffs' oppositions are due June 12, 2009. To the extent Plaintiff Bush wishes to change his address, he is directed to submit his new address to the Court's Pro Se Office. Plaintiff Bush is further advised that all communications to the Court should copy Defendants and should be sent to the Court's Pro Se Office.

SO ORDERED.

Dated:     June 5, 2009
           New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

Copies of this Order have been mailed to the following parties:

Darrell Bush
547 W. 160th St., #4A
New York, NY 10031

Darrell Brewster
01-A-6646
Willard Drug Treatment Campus
7116 County Road 132
PO Box 303
Willard, NY 14588

Kevin Damion Crichlow
08-A-3511
Wende Correctional Facility
PO Box 1187
Alden, NY 14004

Toni Gantz
New York City Law Department
100 Church Street
New York, NY 10007

Karen S. Drotzer
Armienti, DeBellis, Guglielmo & Rhoden, LLP
44 Wall St.
New York, NY 10005

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DARRELL BUSH,

            Plaintiff,

-v-

COMMISSIONER MARTIN F. HORN, *et al.*,

            Defendants.

No. 07 Civ. 3231 (RJS) (FM)
ORDER

---

DARRELL BREWSTER,

            Plaintiff,

-v-

MR. MARTIN F. HORN, COMMISSIONER, NYC
DEPT. OF CORRECTIONS, *et al.*,

            Defendants.

No. 07 Civ. 3762 (RJS) (FM)

---

KEVIN DAMION CRICHLOW,

            Plaintiff,

-v-

MR. MARTIN F. HORN, COMMISSIONER, NYC
DEPT. OF CORRECTIONS, *et al.*,

            Defendants.

No. 07 Civ. 7685 (RJS) (FM)

---

RICHARD J. SULLIVAN, District Judge:

      By Order dated February 11, 2009, the Court granted Plaintiffs leave to file amended complaints. Plaintiff Brewster has not filed an amended pleading, but the Court is in receipt of Plaintiff Crichlow's purported Amended Complaint, dated March 9, 2009.

It does not appear that Plaintiff Crichlow's Amended Complaint was properly filed, nor does it appear that the Amended Complaint was ever served on Defendants. The Court also notes in passing that Plaintiff Crichlow's Amended Complaint purports to add numerous additional claims and defendants that appear unrelated to the claims in the initial pleadings in this matter.

Accordingly, IT IS HEREBY ORDERED that the following schedule is adopted:

> Plaintiff Crichlow shall have until April 17, 2009, to *properly* file and serve his Amended Complaint. Plaintiff Crichlow is advised that mailing a copy of his pleading directly to the Court does not constitute proper filing or service.
>
> Defendants shall answer or file their renewed Rule 12 motions by May 15, 2009.
>
> Plaintiffs shall *each* file and serve their respective opposition papers, if necessary, by June 12, 2009.
>
> Defendants shall file and serve their reply papers, if any, by June 26, 2009.

SO ORDERED.

Dated:   March 23, 2009
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE